IN THE UNITED STATES DISTRICT COURT FPR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA and THEDRA ALLEN,<br><br>        Petitioners,<br><br>  vs.<br><br>MARK A. DONAHUE,<br><br>        Respondent. | Case No:  C 09-3002 SBA<br><br>ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding,

**IT IS HEREBY ORDERED THAT:**

1. Respondent MARK DONAHUE appear before this Court on **October 6, 2009 at 1:00 p.m.**, in Courtroom No. 1, 4th Floor, United States District Court, 1301 Clay St., Oakland, CA 94612, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition.

2. A copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified.  The return date is the date of the court appearance scheduled for October 6, 2009.

3. Within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.  Thus, if respondent fails to respond in writing to the petition, the Court may construe respondent's failure to respond by the deadline to be a consent to the enforcement of the summons.

4. The Case Management Conference previously scheduled for October 8, 2009 is CONTINUED to **November 18, 2009 at 2:30 p.m.**  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Petitioners shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: July 17, 2009

*Saundra B Armstrong*
_____
UNITED STATES DISTRICT JUDGE
Saundra Brown Armstrong