1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THEDRA ALLEN, Revenue Officer,  )<br>)<br>Petitioners,  )<br>)<br>v.  )<br>)<br>MARK A. DONAHUE,  )<br>)<br>Respondent.  ) | NO. C 09-3002-SBA<br><br>AMENDED ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE <u>SUMMONS</u> |

    Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding,

    IT IS HEREBY ORDERED THAT:

    1.    Respondent MARK A. DONAHUE appear before this Court on NOVEMBER 10, 2009 at 1:00 p.m., in Courtroom No. 1, 4th Floor, United States District Court, 1301 Clay St., Oakland, California 94612, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition.

    2.    A copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above

1  specified.  The return date is the date of the court appearance scheduled for November
2  10, 2009.
3      3.      Within twenty-one (21) days before the return date of this Order,
4  respondent may file and serve a written response to the petition, supported by appropriate
5  affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any
6  motion respondent desires to make, that the petitioner may file and serve a written reply
7  to such response, if any, within fourteen (14) days before the return date of this Order;
8  that all motions and issues raised by the pleadings will be considered on the return date of
9  this Order, and only those issues raised by the pleadings will be considered on the return
10 date of this Order, and only those issues raised by motion or brought into controversy by
11 the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered
12 at the return of this Order, and any uncontested allegation in the petition will be
13 considered admitted.  Thus, if respondent fails to respond in writing to the petition, the
14 Court may construe respondent's failure to respond by the deadline to be a consent to the
15 enforcement of the summons.

**IT IS SO ORDERED.**

**Dated: 9/9/09**

_____
Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

Amended Order to Show Cause RE Enforcement of
Internal Revenue Service Summons
Case No. C 09-3002-SBA                2