# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THEDRA ALLEN, Revenue Officer, | NO. CV 09-3002 SBA |
| Petitioners, | |
| v. | ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |
| MARK A. DONAHUE, | |
| Respondent. | |

Good cause having been shown by the petitioner upon its administrative motion to continue the show cause hearing,

**IT IS HEREBY ORDERED THAT:**

1.  The hearing on the show cause hearing is CONTINUED from November 10, 2009 to **February 2, 2010 at 1:00 p.m.** Respondent MARK DONAHUE is ordered to appear before this Court on that date in Courtroom No. 1, 4th Floor, United States District Court, 1301 Clay St., Oakland, CA 94612, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition.

2.  A copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified. The

return date is the date of the court appearance scheduled for October 6, 2009.

3. Within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted. **Thus, if respondent fails to respond in writing to the petition, the Court may construe respondent's failure to respond by the deadline to be a consent to the enforcement of the summons.**

4. The Case Management Conference previously scheduled for November 18, 2009 is CONTINUED to **February 2, 2010 at 1:00 p.m.** and will following the hearing on the order to show cause. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: October 27, 2009

_____
UNITED STATES DISTRICT JUDGE
Saundra Brown Armstrong

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS                                2